UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-364-RJC

| ROGER LEE DEAL, SR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| NORTH CAROLINA DEPARTMENT OF CORRECTIONS; FNU STEVENS, Nurse; SERGEANT TRIPLETT; UNIDENTIFIED INMATE; | ) | **ORDER** |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its own motion following the Fourth Circuit's entry of an order affirming this Court's dismissal of his complaint which he filed pursuant to 42 U.S.C. § 1983. Deal v. North Carolina Dep't of Corr., et al., No. 13-7492 (4th Cir. filed Jan. 24, 2014). While Plaintiff's appeal was pending he filed two motions: one for appointment of a mediator and production of medical records, and a second motion for summary judgment. The Court finds that as Plaintiff's case has been dismissed his motions should be dismissed as moot.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion for appointment of a mediator and production of medical records, (Doc. No. 43), and his motion for summary judgment, (Doc. No. 45), are **DISMISSED** as moot.

Signed: May 23, 2014

Robert J. Conrad, Jr.
United States District Judge